1
2
3
4

UNITED STATES DISTRICT COURT

5

DISTRICT OF NEVADA

6

* * *

7   ROBERT P. AMATRONE,                              Case No. 2:15-cv-01089-RFB-PAL

8                                    Plaintiff,                        ORDER

9        v.

10  ALLSTATE INSURANCE COMPANY,

11                                   Defendant.

12          This matter is before the court's review of the docket in this case.  Plaintiff filed the

13  complaint in state court, and Defendant removed (Dkt. #1) to federal district court June 9, 2015.

14  Defendant filed a Motion to Dismiss (Dkt. #4) June 15, 2015.  Canon 3C(1)(c) of the Code of

15  Conduct for United States Judges and 28 U.S.C. § 455(b)(4) require the court to screen cases for

16  financial disqualification or other financial matters that may call for a judge's recusal.

17  Accordingly, Plaintiff shall file a notice with the court disclosing all persons, associations of

18  persons, firms, partnerships or corporations (including parent corporations) that have a direct,

19  pecuniary interest in the outcome of the case.  If there are no known interested parties other than

20  those participating in the case, a statement to that effect must be filed.  Additionally, Plaintiff

21  must promptly file a supplemental notice upon any change in the information contained in the

22  notice.

23          **IT IS ORDERED** that Plaintiff shall file a notice with the court disclosing all

24  persons, associations of persons, firms, partnerships or corporations (including parent

25  corporations) that have a direct, pecuniary interest in the outcome of the case **no later than July**

26  **20, 2015.**

27
28

1

1

**IT IS FURTHER ORDERED** Failure to comply may result in the issuance of an

2   order to show cause why sanctions should not be imposed.

3   DATED this 29th day of June, 2015.

4

5   _____

6   PEGGY A. LEEN
    UNITED STATES MAGISTRATE JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28